IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FULL ASSOCIATION BUSINESS
SERVICES, INC dba FABS,

    Plaintiff,

  v.

PATRICIA GRCEVICH, DNJ
PROPERTY MANAGEMENT
SERVICES, INC. dba COMMON
INTEREST MANAGEMENT SERVICES,
DAN NELSON, AND DOES 1 to 100
inclusive,

    Defendants.

No. C 11-05169 WHA

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

    Defendants filed a motion to dismiss plaintiff's RICO claim (Dkt. No. 9). Plaintiff filed an opposition and requested leave to amend its complaint (Dkt. No. 14). Plaintiff had a right to amend as a matter of course within 21 days after service of defendants' Rule 12(b) motion. Rule 15(a)(1)(B). Because its request was filed within the 21 day period, plaintiff's request for leave to amend its complaint is **GRANTED**. Plaintiff must file an amended complaint by **NOON ON JANUARY 10, 2012**. The hearing on the motion to dismiss the current complaint will remain as scheduled for January 19, 2012, unless plaintiff files an amended complaint by the deadline.

    **IT IS SO ORDERED.**

Dated: January 3, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE