IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL ASSOCIATION BUSINESS SERVICES, INC dba FABS,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICIA GRCEVICH, DNJ PROPERTY MANAGEMENT SERVICES, INC. dba COMMON INTEREST MANAGEMENT SERVICES, DAN NELSON, AND DOES 1 to 100 inclusive,<br><br>    Defendants / | No. C 11-05169 WHA<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

    Plaintiff recently amended its complaint to removed the sole federal claim for relief, RICO violations. In the operative complaint, all claims for relief are pursuant to California law. The parties are all residents of California. The parties are ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction by **NOON ON JANUARY 17, 2012**.

    **IT IS SO ORDERED.**

Dated: January 11, 2012.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE